STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. NICHOLAS YARNETTI, PLAINTIFF IN ERROR.

Submitted November term, 1923—Decided March 27, 1924.

**Writs of Errors—Record, Including Exceptions, so Incomplete That There is Nothing Upon Which Error May be Determined.**

In error.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN and BLACK.

For the plaintiff in error, *Ward & McGinnis.*

For the defendant in error, *J. Willard De Yoe,* prosecutor of the pleas.

PER CURIAM.

The paper book given to us for examination of the record of this case contained a writ of error tested May 26th, 1923:

the judgment record attested by the county clerk of Passaic county, dated June 2d, 1923; a paper entitled a bill of exceptions, filed June 12th, 1923, not signed; a paper entitled an assignment of error, filed August 8th, 1923, signed by Ward & McGinnis, attorneys of plaintiff in error. There is no testimony, no bill of exceptions signed or sealed by the trial judge, no rulings of the trial judge shown, no exceptions or challenge of any ruling made by the trial judge. There is nothing in this book from which we can determine that there is any error in the judgment; hence, the judgment of the Passaic County Court is affirmed.